## Haskins *ads.* Griswold.

*B*URR for defendant moved for leave to withdraw his demurrer and plead iſſuably, on affidavit that he had merits which he did not know of till after he had filed his demurrer.

*Riggs* inſiſted that as the demurrer was frivolous and only put in to obtain delay, the defendant ought not now to be permitted to withdraw it. He then read a counter affidavit on the point of merits, ſhewing an acknowledgment on the part of the defendant, ſubſequent to the commencement of the ſuit, of the juſtneſs of the demand, and a promiſe to pay it.

*Per Curiam.* It appears upon the face of the

demurrer itfelf, that it was frivolous and for the purpofe of delay.   If a defendant puts in a frivolous demurrer, and then applies to the *grace* of the Court, he fhall have none.   He has acted unmeritorioufly, and fhall be held to *fummum jus.*

The defendant muft take nothing by his motion.